```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x                    **NOT FOR PUBLICATION**
LEONOR CHAVEZ,
                                                                                **MEMORANDUM OF**
                         Plaintiff,                                             **DECISION AND ORDER**
                                                                                16 CV 2572 (LDH)
        -against-

SALLY JEWELL, Secretary U.S. Department
of the Interior,

                         Defendant.
----------------------------------------------------------x
```
LaSHANN DeARCY HALL, United States District Judge:

      Plaintiff Leonor Chavez, filed this pro se action in the United States District Court for the Southern District of New York on January 8, 2016, and asserted federal claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq*. ("Title VII") and the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.* ("the ADEA"). She also asserted state-law claims under the New York State and New York City Human Rights Laws. The United States District Court for the Southern District of New York transferred the action to this Court by order dated May 18, 2016. By order dated June 10, 2016, the undersigned granted Plaintiff's request to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915, and granted Plaintiff leave to file an amended complaint within thirty (30) days in order to allege facts in support of her employment discrimination claim. More than 30 days have elapsed and Plaintiff has failed to respond to the Court's order.

Accordingly, the complaint is hereby dismissed. *See* 28 U.S.C. § 1915 (e)(2)(B)(ii). The Clerk of Court is directed to enter judgment dismissing this case. The Court certifies pursuant to 28 U.S.C. § 1915 (a)(3) that any appeal from this order and judgment would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal.

SO ORDERED.

/s/ LDH
LaSHANN DeARCY HALL
United States District Judge

Dated: Brooklyn, New York
September 19, 2016